

Opinion filed November 12, 1935.
Rathje & Connor, for appellant; Oliver B. Opsahl, of counsel. Campbell, Clithero & Fischer, for appellees; Raymond P. Fischer, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Richard Gillum, a minor, by Ann Gillum, his next friend, appellant, v. Stanley K. Gage et al., appellees. Gen. No. 38,149.

 Opinion filed November 12, 1935.
Gaines, McCoy & Kelley, for appellant; Harris B. Gaines and Elijah B. Kelley, of counsel. Ode L. Rankin, for appellees.
Mr. Justice O'Connor delivered the opinion of the court.

Lydia Kippenhan, appellee, v. The Chicago Memorial Hospital and Duparquet, Huot and Moneuse Company of Illinois, on appeal of The Chicago Memorial Hospital, appellant. Gen. No. 38,174.

 Opinion filed November 12, 1935.
Rehearing denied November 26, 1935.
Wendell H. Shanner, for appellant; Charles Laughlin, of counsel. Swigart & Hurley, for appellee; Eugene Swigart, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Walter Sheriffs, appellant, v. Mertle E. Newman and Harold E. Newman, appellees. Gen. No. 38,205.

 Opinion filed November 12, 1935.
Ziv, Loomis & Ziv, for appellant. John B. King, for appellees.
Mr. Justice O'Connor delivered the opinion of the court.

Ida D. Thurston, appellee, v. Dr. John C. Ellis, appellant. Gen. No. 38,238.

 Opinion filed November 12, 1935. Rehearing denied November 26, 1935.
James E. White, Benjamin G. Clanton and James A. Greene, for appellant. Ellis & Westbrooks, for appellee; Richard E. Westbrooks, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.